Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| ROGER FRANCIS ANDERSON<br><br>CHRISTEVE JILL ANDERSON | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-14461-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301066** in the sum of **$528.71** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    BAC HOME LOANS SERVICING, L.P.
    PO BOX 10219
    VAN NUYS, CA 91010

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0914461 | ROGER FRANCIS & CHRISTEVE JILL ANDERSON<br>ACCT: 7332/09-04731 | Claim: 00006 | XXX-XX-7873<br>XXX-XX-7007 | 528.71 | 0.00 | 528.71 |
| | | TOTALS | | 528.71 | 0.00 | 528.71 |

ROGER FRANCIS ANDERSON
CHRISTEVE JILL ANDERSON
BALANCE:       20,371.86    [0.00  23/00006]
SSN: XXX-XX-7873    SSN: XXX-XX-7007
ACCT: 7332/09-04731         CASE: 0914461
PRINCIPAL:         528.71   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301066

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$528.71

PAY    Five Hundred Twenty Eight And 71/ 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030 1066⑈ ⑆06 1 100790⑆ 000000 575 186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES